AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ENMANUEL PAULA-CABRAL, A/KA/ "MANNY", | ) Case No. 25cr10058 |
| A/K/A/ "NELFEW", A/K/A "FEW", A/K/A "GORDO" | ) |
| | ) |
| | ) |
| | ) |
| _____ *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ENMANUEL PAULA-CABRAL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:      02/13/2025                                      /s/Paul G. Levenson
                                                              *Issuing officer's signature*

City and state:      Boston, MA                      Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                      _____ *Arresting officer's signature* _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ERY JORDANI ROSARIO, A/K/A "JORDANI", A/K/A "RACACHA"<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    25cr10058

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ERY JORDANI ROSARIO                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025

/s/Paul G. Levenson

*Issuing officer's signature*

City and state:    Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____ |

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANGEL SANTOS, A/K/A "BIGGIE" | ) | Case No.    25cr10058 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ANGEL SANTOS ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025                                     /s/Paul G. Levenson
                                                        *Issuing officer's signature*

City and state:    Boston, MA                           Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                         _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| United States of America<br>v.<br>AARON DIAZ LIRANZO, A/K/A "SOSA" | )<br>)<br>)<br>)<br>)<br>) |

Case No.    25cr10058

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    AARON DIAZ LIRANZO                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:      02/13/2025                                          /s/Paul G. Levenson
                                                    _____
                                                         *Issuing officer's signature*

City and state:      Boston, MA                    Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                    _____
                                                         *Arresting officer's signature*

                                                    _____
                                                         *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
JUSTIN ALBA, A/K/A "TUTO", A/K/A "MIMI"

)
)
)
)
)
)

Case No.   25cr10058

_____
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUSTIN ALBA                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:   02/13/2025
                                                                      /s/Paul G. Levenson
                                                                      *Issuing officer's signature*

City and state:   Boston, MA
                                                                      Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                             _____<br>                                                                      *Arresting officer's signature*<br><br>                                                                      _____<br>                                                                      *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DARWIN BATISTA, A/K/A "PY" | )    Case No.    25cr10058 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DARWIN BATISTA                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025                                        /s/Paul G. Levenson
                                                                    *Issuing officer's signature*

City and state:    Boston, MA                         Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | )  |
|---|---|
| v. | )  |
| KELVIN LIRANZO ROMAN, A/K/A "WOOPTY" | ) Case No.    25cr10058 |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KELVIN LIRANZO ROMAN                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:      02/13/2025                                    /s/Paul G. Levenson
                                                                        *Issuing officer's signature*

City and state:    Boston, MA                      Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                             _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
MICHAEL MILIANO, A/K/A "TRUCHO"

Defendant

)
)
)
)
)
)

Case No.    25cr10058

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MICHAEL MILIANO                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state:    Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WESTYN LANTIGUA, A/K/A "WES", A/K/A "MUDDY" | )   Case No.   25cr10058 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WESTYN LANTIGUA                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:     02/13/2025

City and state:     Boston, MA

/s/ Paul G. Levenson
*Issuing officer's signature*

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ . |
| Date: _____                    _____
                                                           *Arresting officer's signature*
                                                           _____
                                                           *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LUIS ENRIQUE SANTANA, A/K/A "CHIQUITO", | ) | Case No.  25cr10058 |
| A/K/A "YOUNG LS" | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LUIS ENRIQUE SANTANA                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025                                            /s/Paul G. Levenson
                                                                          *Issuing officer's signature*

City and state:    Boston, MA                        Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                          _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 25cr10058 |
| LUIS JEFFREY SANTANA, A/K/A "SOPITA" | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LUIS JEFFREY SANTANA                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025

City and state:    Boston, MA

/s/Paul G. Levenson

*Issuing officer's signature*

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____              _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| United States of America<br>v.<br>ISRAEL GARCIA VASQUEZ, A/K/A "MENOL", A/K/A<br>"MENOR"<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   25cr10058

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ISRAEL GARCIA VASQUEZ                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:      02/13/2025                                 /s/ Paul G. Levenson

                                                                        *Issuing officer's signature*

City and state:    Boston, MA                    Hon. Paul G. Levenson, U.S. Magistrate Judge

                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                 _____<br>                                                                      *Arresting officer's signature*<br><br>                                                                      _____<br>                                                                      *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JAMES JIMENEZ<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    25cr10058

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAMES JIMENEZ                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:     02/13/2025                          /s/Paul G. Levenson
                                                        *Issuing officer's signature*

City and state:     Boston, MA               Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                              *Arresting officer's signature*<br><br>                                                            _____<br>                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JANOY BATISTA, A/K/A "EL VIEJO" )<br> )<br> )<br> )<br> )<br> )<br>_____<br>*Defendant* | Case No.    25cr10058 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JANOY BATISTA                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))


Date:    02/13/2025                                          /s/Paul G. Levenson
                                                                *Issuing officer's signature*

City and state:    Boston, MA                          Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____                                          _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |