UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 25-CR-10058-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| PAULA-CABRAL, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO UNSEAL CASE

The United States of America respectfully moves this Court to unseal the above-captioned case. In support of this motion, the government states that there is no longer a risk of flight, because arrest warrants for the defendants within the United States were executed this morning.

Accordingly, given the minimized risk of flight, the government requests that this case be unsealed.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney

By: */s/ Philip A. Mallard*
Philip A. Mallard
Assistant U.S. Attorney

Date: February 19, 2025