UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

PAULA-CABRAL, ET. AL.

Docket No.  25-CR-10058-NMG

MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America respectfully moves this Court to unseal the Superseding Indictment and related papers.  In support of this motion, the government states that searches and arrests related this case were commenced at approximately 6:00 AM on June 9, 2026, and the necessity of continued sealing no longer exists.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney

By:  */s/ Philip A. Mallard*
Philip A. Mallard
Assistant U.S. Attorney

Date:    June 9, 2026