

# OPERATION PAPER MACHETES

## MASSACHUSETTS TRINITARIOS



**Supreme Leader**



Enmanuel "Manny" Paula-Cabral
A/K/A "NELFEW"/"GORDO"

**(*) Defendants arrested today are marked with an asterisk.**
*All other defendants are already in state or federal custody.*

**State Flag**



Ery Jordani Rosario
A/K/A "JORDANI"/"RACACHA"

**State Spokesman**



Luis Jeffrey Santana
A/K/A "SOPITA"

### LAWRENCE



* Yodali Yorro-Martinez A/K/A "OG LOW" PRIMERA/#1

Jervis Almanzar A/K/A "AB"
* James Cabrera A/k/a "TRENSITA"
Angel Garcia Castillo A/K/A "CHAPA"
* Luis Crispin A/K/A "YB"
* Jahir Davila A/K/A "NANO FINESSE"
* Victor Diaz A/K/A "MELVIN"
* Enrique Duran A/K/A "JEFE E"

Jeremy Felix A/K/A "PEPE"/ "JUAN PEPE"
Geovane Fernandes A/K/A "SPOOKY"
* Luis Fernandez Lopez A/K/A "PICHULO"
* Jose Luis Martinez A/K/A "J-KILLA"
Yanuel Mejia A/K/A "NANO PROBLEMA"
Riky Montilla A/K/A "RICO"
Jayden Muniz A/K/A "ANUELITO"

Abigail Arias A/K/A "BESTIA"
Rodderith Peralta A/K/A "MAGO"
Xavier Puello A/K/A "BODEGA"
Eric Rosario A/K/A "MANIATICO"
Robert Santana A/K/A "PICCARINE"
Osviallis Serrano A/K/A "OG O"/ "OG PABLO"
Elvis Trujillo A/K/A "GORDO"/ "HONDURAS"

* Joelfry Cabrera
Rosnel Polanco A/K/A "JAI"
Isiah Medina A/K/A "ICE"

### LYNN



Aaron J Diaz-Liranzo A/K/A "SOSA" PRIMERA/#1
Tomy Sanchez A/K/A "MONITO BELLO" TERCERA/#3
Justin Alba A/K/A "TUTO" DISCIPLINE
Angel Santos A/K/A "BIGGIE" SECURIDAD/SECURITY

Darwin Batista A/K/A "PY"
Ricardo Bratini-Perez A/K/A "RICO"
Yeferson Vallecillo Cambar A/K/A "ILLUMINATI"
David Garcia A/K/A "BAMBINO"
Israel I Garcia Vasquez A/K/A "MENOL"/"MENOR"
James Jimenez A/K/A "JAMES"

Kelvin Liranzo Roman A/K/A "WHOOPTY"
Wilving M Lopez A/K/A "BOLU"
Michael Miliano A/K/A "TRUCHO"
Luis Enrique Santana A/K/A "CHIQUITO"
Abel Severino-Reyes A/K/A "INDIO"/"RIKO"
Westyn Lantigua A/K/A "WES"

Janoy Batista A/K/A "EL VIEJO"
Carlos Ramirez Corniel A/K/A "KREEPY"
Leonardo Espinoza A/K/A "PININA"

### HAVERHILL



Justane Garcia A/K/A "J-BILLZ"
Derek Mercado A/K/A "DELI THE DEMON"
Hector Mota A/K/A "BEBO"
Richard Pena A/K/A "BLADE"
Jean Delgado A/K/A "NEGRITO"

### BOSTON

  

Luis Cabral A/K/A "MONO" PRIMERA/#1
Martin Taveras A/K/A "FLEX"/"F-MONEY"
Yoldani Tejeda Coronado A/K/A "NONOY"