UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PAULA-CABRAL, et. al.

Defendants.

Docket No. 25-CR-10058-NMG

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DETENTION

I, Special Agent Joseph Shapiro, state the following:

1. On June 9, 2026, at approximately 6:00 AM, as part of this case, investigators executed a series of search warrants at eight premises and conducted nine arrests.

2. A search warrant was executed at the residence of YORDALI YORRO, in Lawrence, Massachusetts. During the course of the search, investigators located the following:

a. A yellow Anderson Manufacturing, AM-15, chambered in a rifle caliber;

b. A black American Tactical rifle, chambered in a rifle caliber, with a threaded barrel capable of accepting attachments;

c. Numerous rounds of ammunition;

d. A Glock 43x handgun chambered in a pistol caliber;

e. A Polymer 80 conversion device capable of converting a handgun into a shoulder-fired weapon;

f. A twin-drum magazine capable of holding approximately 100 rounds of rifle ammunition;

g. And 50-round drum magazine capable of holding approximately 50 rounds of 9mm ammunition;

h. An apparent suppressor designed for attachment to the end of the barrel of a rifle;

i. A Pill Press;

j. Approximately 1,700 grams of a substance that field tested positive for cocaine; and

k. Approximately 180 grams of a substance that is believed to be fentanyl, but field-tested inconclusive.

3. Photographs of the items seized from YORRO's residence follow.





Attested to under the penalties of perjury on June 9, 2026.

Special Agent Joseph Shapiro
Homeland Security Investigations

CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: June 9, 2026

*/s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney